## In the United States District Court
### Western District Of Arkansas
_____ Division

Brice Wayne Taylor OCA# 0136299
_____

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

Turn Key health provider
Robert Saez
Molly Roy
_____

*(In the space above enter the full name of each Defendant)*

**Case**
No. 5:21cv5184
_____
(To be filled out by Clerk's Office only)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.   PLAINTIFF INFORMATION

Brice Wayne Taylor
Name (First, Middle, Last)                                    Aliases

0136299
Prisoner ID #, if any

BENTON COUNTY DENTENTION CENTER
Place of Detention or Incarceration

Page **1** of **11**

1300 S.W. 14th St
_____
Address (*If detained, facility address*)

Washington County Bentonville AR        72712
County, City                    State      Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    Turn Key
        Name (Last, First)

        Heath Care Provider
        Current Job Title

        1300 S.W. 14th St
        Current Work Address

        Benton, Bentonville A.R.        72712
        County, City            State      Zip Code

Defendant 2:     Robert Saez

Name (Last, First)

Doctor

Current Job Title

1300 S.W. 14th St.

Current Work Address

Benton, Bentonville     AR     72712

County, City                              State          Zip Code

Defendant 3:     Molly Roy

Name (Last, First)

Nurse

Current Job Title

1300 S.W. 14th St

Current Work Address

Benton, Bentonville     AR     72712

County, City                              State          Zip Code

Defendant 4:     _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

County, City                              State          Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:  Benton County DETENTION CENTER

Date(s) of occurrence:  8-5-2021

Name of Each Defendant Involved:

Turn Key
Dr. Robert Saez

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

medical malpractice

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:  I was misunderstood by Turn Keys nurse
who did my medical intake and wrongfully diagnosed

**What happened to you?**
with Epilepsy. I told the nurse I had a brain injury
in 2009 but the siezures stopped in 2014. The company
gave me Keppra that I didntneed. Im not
epileptic anymore.

| | |
|---|---|
| **Who did what?** | The nurse misunderstood me and the company refused to correct it. Wrongful diagnosis. |

| | |
|---|---|
| **How were you injured?** | I was given medicine I dont need. |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

I was given an inaccurate prognosis and diagnosis and given medicine that was not needed by me.

**Claim Number 2:**

Place(s) of occurrence:  Benton County Detention Center

Page 5 of 11

Date(s) of occurrence:  8-17-2021

Name of Each Defendant Involved:

Turn Key
Dr. Robert Saez

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of medical care, conditions of confinement
(Exposure to deadly virus due to less than adequate
quarantine procedures)

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

**What happened to you?**

I contracted corona virus as a result of ineffective quarantine procedures. I recieved no treatment.

**Who did what?**

The nurse who tested me said I would be treated for the corona virus and given medicine designed to improve my immune system. When

**How were you injured?**

I asked for it I was told No.
I was exposed to corona virus, contracted it, and never recieved the treatment I was told I would recieve

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

medical malpractice, denial of medical
care, neglect, life threatening virus exposure

**Claim Number 3:**

Place(s) of occurrence:  Benton County Detention Center

Date(s) of occurrence:  August 26 2021

Name of Each Defendant Involved:

Turn Key
Dr. Robert Saez
Molly Roy

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

medical fraud

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| | |
|---|---|
| **What happened to you?** | After signing for a 90 day parole violation I was charged for medical bills that the state is supposed to pay for |
| **Who did what?** | Molly Roy told me that everyone gets billed regaurdless of being commited to Arkansas Department of corrections or ACC |
| **How were you injured?** | I lost money to bills the state is supposed to cover |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

The state of Arkansas always pays medical expenses but here at Benton County Jail, the healthcare provider is taking money from me and everyone

even though I'm supposed to be covered by the
Arkansas Department of Corrections.

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

☒ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☐ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I want to be granted the amount of $84,000
in compensatory damages.

I believe I am entitled to these damages because
of the physical pain I experienced and because
of the psychological disturbances caused by my
life being threatened and recieving no solace due to
neglect. I also believe that I'm entitled to this
because upon my release, I have to seek medical
attention.

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a        ☐ Yes      ☒ No
prisoner?

      If yes, how many?   _____

Have you brought any other lawsuits in state or federal court **dealing with**        ☐ Yes      ☒ No
**the same facts as this case**?

      If yes, how many?   _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9-21-2021
Dated                                                              Plaintiff's Signature

Brice W. Taylor
Printed Name (First, MI, Last)

0136299
Prison Identification #, if any.

1300 S.W. 14th St          Bentonville          AR          72712
Prison Address                          City                      State      Zip Code

BRICE TAYLOR # 0136299
1300 S.W 14th St
BENTONVILLE, AR. 72712-3632
D130-203

LEGAL MAIL

PROCESSED OUT
OCT 07 2021
Outgoing Inmate Mail

Pro Se Law Clerk Of
35 East Mountain St. S
Fayetteville, AR 72701

Received WD/AR
OCT 13 2021
U.S. Clerk's Office

NWA P&DF 72701
THU 07 OCT 2021 PM