IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRICE WAYNE TAYLOR**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 5:21-CV-05184**

**TURN KEY, Health Care Provider for**
**the Benton County Detention Center;**
**DR. ROBERT SAEZ, Jail Doctor; and**
**NURSE MOLLY ROY**                                                                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on October 21, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the following claims are **DISMISSED WITHOUT PREJUDICE** pursuant to § 1915A(b) for failure to state a claim: (1) Plaintiff's claim that he was wrongly diagnosed with epilepsy and prescribed medication for that condition, and (2) Plaintiff's claim that he was wrongfully charged for medical services. Plaintiff's remaining claim regarding coronavirus quarantine procedures and his treatment for the illness will be preserved.

**IT IS SO ORDERED** on this 22nd day of November, 2021.

>                                          */s/ Timothy L. Brooks*
>                                          TIMOTHY L. BROOKS
>                                          UNITED STATES DISTRICT JUDGE