# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**BRICE WAYNE TAYLOR**                                                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 5:21-CV-5184**

**TURN KEY HEALTH CLINICS, LLC, et al.**                                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 24) filed in this case on May 26, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant' Motion to Dismiss (Doc. 21) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 16th day of June, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE